IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. CASE NO. 2:22-cr-167-ECM |
| | ) | [WO] |
| JULIUS CALHOUN | ) | |

**MEMORANDUM OPINION and ORDER**

On February 27, 2024, the Court held a hearing in this case to determine whether Defendant Julius Calhoun ("Calhoun") should be hospitalized for treatment "for an additional reasonable period of time until . . . his mental condition is so improved that trial may proceed," as the Bureau of Prisons ("BOP") has requested. (*See* doc. 213 at 20); *see also* 18 U.S.C. § 4241(d)(2).[1]  For the reasons stated on the record at the hearing, the Court finds that "there is a substantial probability that within such additional period of time"—specifically, four months—"[Calhoun] will attain the capacity to permit the proceedings to go forward." *See* 18 U.S.C. § 4241(d)(2).  The Court further finds that four months from the date of the BOP's most recent forensic evaluation—January 12, 2024, (doc. 213)—is a reasonable period of time.  Accordingly, for the reasons stated on the record at the hearing, and for good cause, it is

ORDERED as follows:

1. Pursuant to 18 U.S.C. § 4241(d)(2), Calhoun shall remain in the custody of

---

[1] On November 16, 2022, the Court found that Calhoun was not competent to stand trial and committed him to the custody of the Attorney General "for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward." (Doc. 103) (quoting 18 U.S.C. § 4241(d)(1)).

the Attorney General for an additional period **up to and including May 13, 2024**, to determine whether Calhoun's mental condition is so improved that trial may proceed;

2. The BOP shall submit to the Court and to counsel for the parties its report regarding Calhoun's restoration to competency as soon as practicable but **no later than May 28, 2024**;

3. If, prior to May 13, 2024, it is determined that Calhoun's mental condition is so improved that trial may proceed, the BOP shall notify the Court and counsel for the parties as soon as practicable, and the BOP shall submit its report to the Court and counsel for the parties as soon as practicable but **no later than 14 days after the determination is made**;

4. The BOP is DIRECTED to submit its report to the Court by U.S. mail and also by email to: propord_marks@almd.uscourts.gov.

Done this 27th day of February, 2024.

                                         /s/ Emily C. Marks  
                                     EMILY C. MARKS  
                                     CHIEF UNITED STATES DISTRICT JUDGE